

FILED

JAN 22 2020

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUEDE JEFFREY SHUTTLE,<br><br>Defendant. | CR 19-59-M-DWM<br><br>ORDER |

Warden I. Jacquez of the Federal Detention Center, Seatac, Washington, has submitted a letter asking that the 30-day period of study to determine Defendant Suede Shuttle's mental competency be said to have begun on January 14, 2020 – the date Defendant first arrived at the detention center. Accordingly, and good cause appearing,

IT IS ORDERED that Warden Jacquez's request is GRANTED. The 30-day study period shall be said to have begun on January 14, 2020, and will end on

February 13, 2020. The final report shall be submitted to the Court no later than February 27, 2020.

DATED this 22nd day of January, 2020.

Kathleen L. DeSoto
United States Magistrate Judge