IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–59–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SUEDE JEFFREY SHUTTLE, | |
| Defendant. | |

A competency hearing having been set for March 11, 2020,

IT IS ORDERED that the parties also be prepared to address involuntary medication under *Washington v. Harper*, 494 U.S. 210, 225–26 (1990), if appropriate. *See Sell v. United States*, 539 U.S. 166, 182 (2003) (indicating that courts should conduct a *Harper* analysis before proceeding with *Sell* factors); *United States v. Hernandez-Vasquez*, 513 F.3d 908, 914–15 (9th Cir. 2008) (identifying dangerousness inquiry under *Harper* as threshold issue).

DATED this 5th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court