IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–59–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SUEDE JEFFREY SHUTTLE, | |
| Defendant. | |

In light of the March 31, 2021 forensic evaluation, (Doc. 23-1), and the joint notice of the parties, (Doc. 24),[1]

IT IS ORDERED that Suede Jeffrey Shuttle is committed to the custody of the Attorney General for an additional 120 days of hospitalization and treatment at a suitable facility to determine if there is a substantial probability that in the foreseeable future he will attain the capacity to permit this case to go forward.  18 U.S.C. § 4241(d)(2).  The Clerk is directed to provide the facility with a copy of this Order.  The Attorney General or his representative at the facility to which Mr. Shuttle is committed shall promptly notify the Court of the determination made

---

[1] A full procedural history of this case is outlined in this Court's April 7, 2021 Order.  (*See* Doc. 23.)

1


regarding the probability that Mr. Shuttle will regain capacity to proceed in the foreseeable future.

IT IS FURTHER ORDERED that the time pending a restoration determination is excluded from the speedy trial calculation. *See* 18 U.S.C. § 3161(h)(4).

DATED this 15th day of April, 2021.

_____
Donald W. Molloy, District Judge
United States District Court