IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUEDE JEFFREY SHUTTLE,<br><br>Defendant. | CR 19–59–M–DWM<br><br><br><br>ORDER |

The government having moved unopposed for leave to allow Dr Evan S. Du Bois, Forensic Psychologist at the Federal Medical Center in Butner, NC, to testify via video at the final revocation hearing in this matter,

IT IS ORDERED that the motion (Doc. 84) is GRANTED. A Zoom link will be provided to counsel prior to the hearing and counsel must coordinate with court staff to ensure that there are no technological issues.

DATED this 22nd day of August, 2023.

Donald W. Molloy, District Judge
United States District Court